WILLIAM JENKINS, Appellant, *v.* THE MAHOPAC IRON ORE COMPANY, Respondent.

(Argued March 18, 1892; decided April 19, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 6, 1890, which overruled defendant's exceptions and affirmed a judgment in its favor entered upon a decision of the court on trial at Circuit, and also affirmed an order denying a motion for a new trial.

*George W. DeLano* for appellant.

*William C. Holbrook* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

JOHN THOMPSON, Respondent, *v.* P. SANFORD ROSS et al., Appellants.

(Argued March 18, 1892; decided April 19, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 8, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*R. D. Benedict* for appellants.

*J. Edward Swanstrom* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.